```
 1  JOHN T. KENDALL
    Trustee
 2  2601 Blanding Avenue
    Bldg #C, Ste 110
 3  Alameda, CA  94501
    (510)523-9821
 4
```

**FILED SEP 1 9 2011**
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**RECEIVED SEP 2 6 2011**
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

```
 5          UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF CALIFORNIA
 6
 7  IN RE:                  )  CASE NO.  08-40920
                            )
 8  MARVIN ALEXIS LOPEZ,    )  Chapter 7
                            )
 9                          )  NOTICE OF UNCLAIMED
               Debtor.      )  DIVIDENDS
10  _____)

11  TO THE CLERK, UNITED STATES BANKRUPTCY COURT

12      Pursuant to Federal Rule of Bankruptcy Procedure 3011, the
    Trustee in the above captioned case hereby turns over to the
13  Court, unclaimed dividends in the amount of $ 296.34.  The
    name(s) and address(es) of the claimants entitled to the
14  unclaimed dividends are as follows:

15  Claim # Name & Address of Claimant   Claim Amount   Dividend Amount

16       (See Attached Schedule)

17
                                  Total Unclaimed Dividends $ 296.34
18
19  Dated: September 16, 2011      _____
                                   JOHN T. KENDALL, Trustee
20
21
22
23
24
25
26
27
```

Case: 08-40920   Doc# 51   Filed: 09/26/11   Entered: 09/27/11 10:46:28   Page 1 of 2

# UNCLAIMED, UNDELIVERABLE, & SMALL DIVIDEND CHECKS

CASE NAME: Marvin Alexis Lopez

CASE NUMBER: 08-40920

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | CLAIM AMOUNT FILED | UNCLAIMED FUNDS |
|---|---|---|---|
| #3 | Verizon Wireless | $804.11 | $296.34 |
|  |  | Total Amount | $296.34 |